■ CASA IMPORTS, INC., Respondent, v JEREMY WLADIS, Individually and Doing Business as FUEL PIZZA CAFÉ, Appellant. [748 NYS2d 126] —Appeal from an order of Supreme Court, Oneida County (Shaheen, J.), entered May 9, 2001, which granted plaintiff's motion for summary judgment in the amount of $5,216.93 with interest thereon from August 18, 1999.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court, Oneida County, Shaheen, J. Present—Pigott, Jr., P.J., Green, Hayes, Kehoe and Gorski, JJ.